**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 15-7439**

————————————

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

GERALD JERMAINE DANIELS, a/k/a V,

            Defendant - Appellant.

————————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Mark S. Davis, District
Judge.  (4:05-cr-00033-MSD-TEM-1)

————————————

Submitted:  November 19, 2015      Decided:  November 24, 2015

————————————

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Gerald Jermaine Daniels, Appellant Pro Se.  Robert Edward
Bradenham, II, Assistant United States Attorney, Newport News,
Virginia, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Jermaine Daniels appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Daniels, No. 4:05-cr-00033-MSD-TEM-1 (E.D. Va. filed Aug. 28, 2015 & entered Aug. 31, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED